UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

POWERMAT TECHNOLOGIES, LTD.,

                Plaintiff,

      -against-

BELKIN INTERNATIONAL INC.,

                Defendant.

-----------------------------------------------------------X

19-CV-878 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' November 22, 2019 joint letter outlining their present discovery dispute, (Doc. 65). Accordingly, it is hereby:

ORDERED that counsel for both parties shall appear at a telephone conference to discuss their dispute on December 2, 2019, at 3 p.m. Counsel for Plaintiff shall e-mail a dial-in number and meeting code to opposing counsel and to my chambers at BroderickNYSDChambers@nysd.uscourts.gov no later than 10:00 a.m. on December 2, 2019.

SO ORDERED.

Dated: November 30, 2019
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge