

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

December 2, 2019

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 518
New York, New York  10007

**Andrew J. Frackman**
D: +1 212 326 2017
afrackman@omm.com

The telephone discovery conference is adjourned to December 3, 2019, at 11 a.m.  Unless the parties provide alternate information, the Court will use the dial-in information supplied by Plaintiff's counsel by e-mail on November 30, 2019.

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK   12/2/2019
UNITED STATES DISTRICT JUDGE

Re:   *Powermat Technologies, Inc. v. Belkin International, Inc.*,
      Case No. 1:19-cv-00878-VSB

Dear Judge Broderick:

    We write on behalf of Defendant Belkin International, Inc. ("Belkin") to request a brief adjournment of the telephone conference currently scheduled for 3:00 p.m. today.  Plaintiff's counsel does not object to this request, and the parties are available to jointly participate in a conference tomorrow afternoon if the Court's schedule permits.  There has been no prior adjournment of this conference.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Andrew J. Frackman*

Andrew J. Frackman
*of* O'MELVENY & MYERS LLP

cc:  Counsel of Record (via ECF)