# McKool Smith

Nicholas Mathews
Direct Dial: (214) 978-4914
nmathews@McKoolSmith.com

300 Crescent Court
Suite 1500
Dallas, TX 75201

Telephone: (214) 978-4000
Facsimile: (214) 978-4044

December 23, 2019

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

      RE:    *Powermat Technologies, Ltd. v. Belkin International Inc.*, No. 1:19-cv-00878-VSB (S.D.N.Y.)

Dear Judge Broderick:

    I write on behalf of plaintiff Powermat Technologies, Ltd. (Powermat) to request an extension of the deadline for Powermat to file its response in opposition to defendant Belkin International Inc.'s (Belkin's) motion for leave to file an amended answer and counterclaims (Dkt. No. 70). Belkin filed its motion on December 20, 2019, and served it on December 22. Thus, under Local Civil Rule 6.1(b), Powermat's response is currently due on January 6, 2020. Due to the holidays and counsel's other scheduling conflicts, Powermat seeks an additional seven days, to and including January 13, 2020, to file its response.

    This is Powermat's first request for an extension of time to oppose Belkin's motion for leave. Belkin consents to Powermat's request.

    Thank you for your consideration of this matter.

                        Respectfully submitted,

                        */s/ Nicholas Mathews*

                        Nicholas Mathews

CC:    Counsel of record (via ECF)

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington, DC**