O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com



January 7, 2020

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 518
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 1/8/2020
>
> The telephone discovery conference is adjourned to January 14, 2020, at 4:30 p.m. The parties shall provide the dial-in number and meeting code no later than 5 p.m. on January 13, 2020.

**Re:** ***Powermat Technologies, Inc. v. Belkin International, Inc.***,
Case No. 1:19-cv-00878-VSB

Dear Judge Broderick:

We write on behalf of Defendant Belkin International, Inc. ("Belkin") to request a brief adjournment of the telephone conference currently scheduled for 11:30 a.m. on January 10, 2020. Plaintiff's counsel does not object to this request and have provided their availability for next week. The parties are available to jointly participate in a conference on Tuesday, January 14, at 1:30 pm or between 4:30 pm and 6:00 pm, or on Wednesday, January 15, between 1:30 pm and 6:00 pm, if the Court's schedule permits. There has been no prior adjournment of this conference.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Andrew J. Frackman*

Andrew J. Frackman
*of* O'MELVENY & MYERS LLP

cc: Counsel of Record (via ECF)

Century City • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo