```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/21/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                :

POWERMAT TECHNOLOGIES, LTD.,       :
                                :

                 Plaintiff,    :               19-CV-878 (VSB)
                                :

       -against-          :             **ORDER**
                                :

BELKIN INTERNATIONAL, INC.,      :

                 Defendant.  :

                                :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 20, 2020, Plaintiff filed a motion to dismiss the Defendant's counterclaims and

Plaintiff's breach of contract claim pursuant to Federal Rules of Civil Procedure 12(c) and

41(a)(2). (Doc. 102.) Accordingly, it is hereby:

ORDERED that Defendant shall serve any opposition to the motion to dismiss by August

19, 2020. Plaintiff's reply, if any, shall be served by September 2, 2020. At the time any reply is

served, the moving party shall supply Chambers with two courtesy copies of all motion papers

pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: July 21, 2020
      New York, New York

Vernon S. Broderick
United States District Judge