IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

POWERMAT TECHNOLOGIES, LTD.,

    Plaintiff,

v.

BELKIN INTERNATIONAL, INC.,

    Defendant.

Case No. 1:19-cv-878-VSB

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS**

    Before the Court is the Parties' Joint Motion to Dismiss. Having considered the same and finding good cause, the Court hereby GRANTS the motion. Powermat's breach of contract claim is DISMISSED WITH PREJUDICE. Belkin's counterclaims for reformation and breach of the implied covenant of good faith and fair dealing are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SO ORDERED:

_____
HON. VERNON S. BRODERICK   9/20/2020
UNITED STATES DISTRICT JUDGE

1