**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
POWERMAT TECHNOLOGIES, LTD.,

                Plaintiff,

-against-                      19 **CIVIL** 878 (VSB)

                                 **JUDGMENT**

BELKIN INTERNATIONAL, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2020, defendant's motion is GRANTED. Powermat's breach of contract claim is DISMISSED WITH PREJUDICE. Belkin's counterclaims for reformation and breach of the implied covenant of good faith and fair dealing are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

**Dated:**  New York, New York

      September 21, 2020

                                             **RUBY J. KRAJICK**
                                               **Clerk of Court**
                              **BY:**   *K. Mango*

                                                 **Deputy Clerk**